Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CATRINA STURCKE, Respondent, for Compensation under the Workmen's Compensation Law, v. HENRY LULLMAN, Employer, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.